|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSE LUIS GALLARDO-PINEDO, | Case No. 1:23-cv-01435-ADA-CDB |
|---|---|
| Plaintiff, | ORDER ON STIPULATION TO FILE A FIRST AMENDED COMPLAINT; TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| AEGIS SECURITY INSURANCE COMPANY, | (Doc. 5) |
| Defendant. | |

Plaintiff originally filed this action in the Superior Court of California for the County of Kern on August 31, 2023. (Doc. 1 p. 12). October 4, 2023, Defendant removed this case to the Eastern District of California. (Doc. 1). Pending before the Court is the parties' stipulation in which they aver that Plaintiff intends to file a First Amended Complaint ("FAC"). (Doc. 5). The parties request the Court set a deadline for the filing of the FAC and to extend Defendant's deadline to respond to Plaintiff's FAC. (Doc. 5).

In light of the stipulation and good cause appearing, it is HEREBY ORDERED that

/ / /

/ / /

/ / /

Plaintiff shall file a First Amended Complaint by no later than **October 26, 2023**, and Defendant shall have 28 days from the date the First Amended Complaint is filed to file a response.

IT IS SO ORDERED.

Dated: **October 20, 2023**

_____
UNITED STATES MAGISTRATE JUDGE