UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GALLARDO-PINEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AEGIS SECURITY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01435-KES-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER AS MODIFIED<br><br>(Doc. 22) |

**Background**

Pending before the Court is the parties' fourth[1] stipulated request to amend the scheduling order. (Doc. 22).

In support of the request, the parties represent that the neighborhood of counsel for Plaintiff, Samuel Bruchey, in Altadena, California, was heavily damaged and remains under threat by the Eaton wildfire currently burning in Los Angeles County. (Doc. 22 at 2). The parties state that all of counsel's neighbors' homes have been lost and, though Mr. Bruchey's home remains standing, the fire remains active and windy conditions continue to exacerbate the situation. *Id.* The parties provide that the fire has had, and will continue to have, a significant effect on Mr. Bruchey's personal life and case load, including multiple trials that were scheduled to begin in February 2025.

---

[1] *See* (Docs. 16, 18, and 20).

*Id.* The parties, therefore, stipulate to modify the scheduling order due to these facts presenting an "extraordinary circumstance" warranting further amendment of the scheduling order, as contemplated by the Court's prior order (Doc. 21) granting the parties' third stipulation to amend (Doc. 20). *Id.* at 3.

**Discussion**

The parties propose the following extended deadlines (Doc. 22 at 3):

| Event | Current Date | New Date |
|---|---|---|
| Expert Discovery Deadline | 01/15/2025 | 02/28/2025 |
| Non-Dispositive Motion Filing Deadline | 01/17/2025 | 03/03/2025 |
| Non-Dispositive Motion Hearing | 02/25/2025 | 04/11/2025 |
| Dispositive Motion Filing Deadline | 01/17/2025 | 03/03/2025 |
| Dispositive Motion Hearing | 03/03/2025 | 04/17/2025 |
| Pre-Trial Conference | 04/28/2025 | 08/25/2025 |
| Trial | 06/24/2025 | 10/21/2025 |

For good cause shown, the parties' stipulated request to amend the scheduling order (Doc. 22) will be granted.

Because it is impractical to grant the parties' request to maintain the current pretrial conference and trial dates given the extension of motion filing deadlines and to comport with the assigned district judge's scheduling protocols, the pretrial conference and trial dates will be extended.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 12, 17, 19, 21) be amended as follows:

1. Expert Discovery deadline extended from January 15, 2025 to **February 28, 2025**.

2. Non-Dispositive Motion filing deadline extended from January 17, 2025 to **March 3, 2025**.

3. Non-Dispositive Motion hearing deadline extended from February 25, 2025 to **April 11, 2025** at 10:30 a.m.

2

4. Dispositive Motion filing deadline extended from January 17, 2025 to **March 3, 2025**.

5. Dispositive Motion hearing deadline extended from March 3, 2025 to **April 21, 2025** at 1:30 p.m.

6. The Pre-Trial Conference is continued from April 28, 2025 to **August 25, 2025** at 1:30 p.m.

7. Trial is continued from June 9, 2025 to **October 21, 2025** at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **January 13, 2025**

UNITED STATES MAGISTRATE JUDGE